The Honorable Richard A. Jones

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JANESSA RHONE,<br><br>                      Plaintiff,<br><br>     v.<br><br>P.F. CHANG'S CHINA BISTRO, INC.,<br><br>                      Defendant. | No. 2:16-cv-00748-RAJ<br><br>ORDER APPROVING SETTLEMENT AGREEMENT AND DISMISSING COMPLAINT WITH PREJUDICE |

**ORDER APPROVING SETTLEMENT AGREEMENT AND DISMISSING COMPLAINT WITH PREJUDICE**

THIS CAUSE came before the Court on the Joint Motion for Court Approval of Settlement and Dismissal of Case with Prejudice (the "Motion"), submitted by Plaintiff Janessa Rhone and P. F. Chang's China Bistro, Inc.

The Court having reviewed the Motion, the supporting declaration of David N. Mark, the pertinent portions of the record, and the parties' settlement agreement, and being otherwise fully advised in the premises, the Court finds that the terms of the settlement are fair and reasonable and meet the standard set forth in *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982).

Accordingly, it is **ORDERED** that the parties' Joint Motion for Court Approval of Settlement and Dismissal of Complaint with Prejudice is **GRANTED** and this matter is **DISMISSED WITH PREJUDICE** without an award of costs or attorneys' fees to any

ORDER APPROVING SETTLEMENT AGREEMENT
& DISMISSING COMPLAINT WITH PREJUDICE - 1
(2:16-cv-00748-RAJ)

Jackson Lewis P.C.
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

party (except as set forth in the parties' settlement agreement), with the Court to retain jurisdiction to enforce the terms of the settlement agreement. The Clerk of the Court shall **CLOSE** this case.

DATED this 24th day of August, 2016.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER APPROVING SETTLEMENT AGREEMENT
& DISMISSING COMPLAINT WITH PREJUDICE - 2
(2:16-cv-00748-RAJ)

**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404